UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Orlando Lopez

Case No.: 16-23047

Adv. No.:

Hearing Date: September 27, 2016

Judge: Michael B. Kaplan

### ORDER CONTINUE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2 of 2
**Debtor:** Orlando Lopez
**Case No:** 16-23047
**Caption of Order:** Order Continue the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is continued, effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23047-MBK
Orlando Lopez                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Sep 29, 2016
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db            +Orlando Lopez,   408 Wagner Avenue,    Perth Amboy, NJ 08861-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE
               UNDERTHE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Orlando  Lopez kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
                                                                                             TOTAL: 3