Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  16−23047−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlando Lopez
   408 Wagner Avenue
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−9645

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/4/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 4, 2016
JJW: wir

                                     James J. Waldron
                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-23047-MBK
Orlando Lopez                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1          Date Rcvd: Oct 04, 2016
                            Form ID: 148           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db           +Orlando Lopez,    408 Wagner Avenue,    Perth Amboy, NJ 08861-2037
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE UN,    c/o Koury Tighe Lapres Bisulca & Sommers,
               1423 Tilton Road, Suite 9,    Northfield, NJ 08225,     UNITED STATES 08225-1857
516275766    +Deutsche Bank,    c/o KML Law Group, PC,    216 Haddon Avenue, Ste 406,
               Collingswood, NJ 08108-2812
516275767     Midland Funding,    c/o Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516275768    +Revenue Recovery Corp,    7005 Middlebrook Pike,    Po Box 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2016 23:15:40     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2016 23:15:36      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516275761    +EDI: PHINAMERI.COM Oct 04 2016 22:53:00      AmeriCredit/GM Financial,    Po Box 183583,
               Arlington, TX 76096-3583
516405767     EDI: AIS.COM Oct 04 2016 22:53:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK 73124-8838
516275763     EDI: CITICORP.COM Oct 04 2016 22:53:00      Citibank,    Attn.: President,    POB 183051,
               Columbus, OH 43218-3051
516275762    +EDI: CAPITALONE.COM Oct 04 2016 22:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
516316043     EDI: CAPITALONE.COM Oct 04 2016 22:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
516275764    +EDI: CCS.COM Oct 04 2016 22:53:00      Collection/Credit Collection services,    Po Box 9133,
               Needham, MA 02494-9133
516275765    +EDI: CCS.COM Oct 04 2016 22:53:00      Credit Collections Svc,    Po Box 773,
               Needham, MA 02494-0918
516275769    +EDI: VERIZONEAST.COM Oct 04 2016 22:53:00      Verizon,    500 Technology Dr,    Suite 500,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE
               UNDERTHE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Orlando  Lopez kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
                                                                                              TOTAL: 3