Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

         Case No.:  16−23047−MBK
         Chapter:  13
         Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlando Lopez
   408 Wagner Avenue
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−9645

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/18 at 10:00 AM

to consider and act upon the following:

*30* − Motion for Payment of Unclaimed Funds in the Amount &#036 5368.00 Filed by Jason Brett Schwartz on behalf of Dilks & Knopik, LLC. Hearing scheduled for 10/2/2018 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) (Schwartz, Jason)

Dated: 9/7/18

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court