Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−23047−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Orlando Lopez
    408 Wagner Avenue
    Perth Amboy, NJ 08861

Social Security No.:
    xxx−xx−9645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/18 at 10:00 AM

to consider and act upon the following:

*30* − Motion for Payment of Unclaimed Funds in the Amount &#036 5368.00 Filed by Jason Brett Schwartz on behalf of Dilks & Knopik, LLC. Hearing scheduled for 10/2/2018 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) (Schwartz, Jason)

Dated: 9/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23047-MBK
Orlando Lopez                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 07, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db             +Orlando Lopez,    408 Wagner Avenue,    Perth Amboy, NJ 08861-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE
               UNDERTHE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Dilks & Knopik, LLC jschwartz@mesterschwartz.com
              Jenee K. Ciccarelli    on behalf of Debtor Orlando  Lopez jenee@ciccarellilegal.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
                                                                                             TOTAL: 5