UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court by motion of Dilks & Knopik, LLC  requesting

Payment of unclaimed funds in the amount of $5,386.00 and the Court being fully

appraised,

IT IS HEREBY ORDERED:

That the amount of        $5,386.00                        is payable to:

Name:              Dilks & Knopik, LLC

Current Address:

        35308 SE Center Street

        Snoqualmie, WA  98065-9216

Rev. 4/25/12