UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Orlando Lopez

Case No.: 16-23047

Adv. No.:

Hearing Date: October 2, 2018

Judge: Chief Judge Kathryn C. Ferguson

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court by motion of <u>Dilks & Knopik, LLC</u> requesting Payment of unclaimed funds in the amount of <u>$5,386.00</u> and the Court being fully appraised,

IT IS HEREBY ORDERED:

That the amount of     <u>$5,386.00</u>                is payable to:

Name:            <u>Dilks & Knopik, LLC</u>

Current Address:

<u>35308 SE Center Street</u>

<u>Snoqualmie, WA  98065-9216</u>

Rev. 4/25/12

United States Bankruptcy Court
District of New Jersey

In re:  
Orlando Lopez  
    Debtor

Case No. 16-23047-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 04, 2018  
                   Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db         +Orlando Lopez,   408 Wagner Avenue,   Perth Amboy, NJ 08861-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE UNDERTHE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Jason Brett Schwartz   on behalf of Creditor   Dilks & Knopik, LLC jschwartz@mesterschwartz.com  
        Jenee K. Ciccarelli   on behalf of Debtor Orlando   Lopez jenee@ciccarellilegal.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

                  TOTAL: 5